JOHNSTON *v.* MANHATTAN RY. CO. *et al.*

(*Common Pleas of New York City and County, General Term.* July 18, 1890.)

On rehearing. Appeal from equity term.

Action by Benjamin S. Johnston against the Manhattan Railway Company and the New York Elevated Railroad Company. Judgment was given for plaintiff, and defendants appeal.

Argued before LARREMORE, C. J., and BOOKSTAVER, J.

*Davies & Rapallo,* (*Brainard Tolles,* of counsel,) for appellants. *Henry G. Atwater* and *Peckham & Tyler,* for respondent.

LARREMORE, C. J. The questions discussed upon this reargument are substantially the same as those involved in the case of *Werfelman* v. *Railway Co., ante,* 66. The judgment appealed from should be affirmed, with costs, for the reasons given in our opinion in said case.